UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RHONDA JEFFERS and<br>CASSONDRA PHILLIPS, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | No. 3:14-CV-197-PLR-HBG |
| LEGACY NURSING SERVICES, INC., and<br>TRACY SANDOVAL-JONES, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

This case came before the Court on November 20, 2014, for a telephonic discovery-dispute conference conducted pursuant to the Scheduling Order. Counsel for the Plaintiffs represented that the Plaintiffs served interrogatories and requests for production on the Defendants in August and responses thereto were originally due in September. Counsel agreed that the Plaintiffs agreed to afford Defendants an extension of their response time through approximately October 20, 2014.

Counsel for the Defendants conceded that the Defendants' responses were now a month late, but counsel noted that a variety of factors had contributed to the Defendants' delay in responding.

The Court has considered the parties' positions. The Court finds that the Defendants have failed to timely answer the interrogatories and respond to the requests for production. The

Defendants are **ORDERED** to fully answer the interrogatories and respond to the requests for production on or before **December 8, 2014**.

The Defendants are **ADMONISHED** that failure to fully and completely answer the interrogatories and respond to the requests for production may result in the imposition of sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure,

**IT IS SO ORDERED**.

ENTER:

_Bruce Guyton_
United States Magistrate Judge