UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RHONDA JEFFERS and<br>CASSONDRA PHILLIPS,<br><br>   Plaintiffs,<br><br>v.<br><br>LEGACY NURSING SERVICES, INC., and<br>TRACY SANDOVAL-JONES,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:14-CV-197-PLR-HBG |

## **MEMORANDUM OPINION**

  This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge, H. Bruce Guyton [R. 32]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

  Magistrate Judge Guyton found that counsel for defendants be allowed to withdraw and that defendants be given until May 15, 2015 to obtain new counsel and/or show cause to the court why a judgment in the amount of the parties' settlement ($15,780.00) should not be entered. Magistrate Judge Guyton also recommended that plaintiff's motion for sanctions be granted and plaintiffs awarded attorney's fees in the amount of $975.00 from defendants.

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's recommendations. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that

Plaintiffs' motion for sanctions [R. 25] is **GRANTED**, and plaintiffs are hereby awarded the sum of $15,780.00 from defendants as sanctions for defendants' failure to obey the court's discovery order. In addition, plaintiffs are awarded attorney's fees in the amount of $975.00 from defendants, for a total judgment to plaintiffs of $16,755.00.

Enter:

_____
UNITED STATES DISTRICT JUDGE