UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RHONDA JEFFERS and CASSONDRA PHILLIPS, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) No. 3:14-CV-197-PLR-HBG ) ) |
| LEGACY NURSING SERVICES, INC., and TRACY SANDOVAL-JONES, | ) ) ) |
| Defendants. | ) |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that plaintiffs' motion for sanctions [R. 25] is **GRANTED,** and plaintiffs are hereby awarded the sum of $16,755.00 from defendants.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE